# In the United States Court of Federal Claims

### No. 10-374C

### (Filed July 31, 2013)

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *  *
FEDERAL AIR MARSHALS 3101-3664,                         *
                                                        *
              Plaintiffs,                               *
                                                        *
    v.                                                  *
                                                        *
THE UNITED STATES,                                      *
                                                        *
              Defendant.                                *
* * * * * * * * * * * * * * * * * * * * * * * * * * *  *
```

### ORDER

Plaintiffs' Motion To Approve Payment To Trustee, filed July 26, 2013 is GRANTED and APPROVED.

IT IS SO ORDERED.

                                                  s/Bohdan A.  Futey  
                                                 BOHDAN A. FUTEY  
                                                         Judge